01

02

03

04

05

06           UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08  UNITED STATES OF AMERICA,           )     CASE NO. CR07-395-JLR
                                        )
09        Plaintiff,                    )
                                        )
10        v.                            )
                                        )     DETENTION ORDER
11  JEROME EUGENE TODD,                 )
                                        )
12        Defendant.                    )
   _____     )

13

14  <u>Offense charged</u>:      Conspiracy to Engage in Sex Trafficking; Sex Trafficking; Interstate

15                      Transportation in Furtherance of Prostitution, Criminal Forfeiture

16                      Allegations

17  <u>Date of Detention Hearing</u>:    November 30, 2007

18        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20  that no condition or combination of conditions which defendant can meet will reasonably assure

21  the appearance of defendant as required and the safety of other persons and the community.

22  / / /

DETENTION ORDER                                                15.13
18 U.S.C. § 3142(i)                                        Rev. 1/91
PAGE 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Defendant has a lengthy criminal history which includes probation violations, failures to appear for hearings and bench warrant activity.  He is currently on federal supervision for Bank Fraud, and is facing allegations of violation of supervised release based on the instant charge.  He has been detained pending a supervised release revocation hearing on that matter, CR03-278.

2.      Defendant does not contest detention.

3.      Defendant poses a risk of non appearance based on a history of failing to appear, pending allegations of violation of supervised release, and a history of failing to comply with court orders.  He poses a risk of danger due to criminal history, the nature of the instant offense, allegations of violation in connection with the instant offense, and a history of failing to comply with court orders/probation.

4.      There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1)      Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)      Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                        Rev. 1/91
PAGE 2

01     (3)    On order of a court of the United States or on request of an attorney for the

02             Government, the person in charge of the corrections facility in which defendant is

03             confined shall deliver the defendant to a United States Marshal for the purpose of

04             an appearance in connection with a court proceeding; and

05     (4)    The clerk shall direct copies of this Order to counsel for the United States, to

06             counsel for the defendant, to the United States Marshal, and to the United States

07             Pretrial Services Officer.

08     DATED this 30th day of November, 2007.

09

10                       Mary Alice Theiler
                      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                  15.13
18 U.S.C. § 3142(i)           Rev. 1/91
PAGE 3