UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR07-0395JLR |
| Plaintiff, | ORDER |
| v. | |
| JEROME EUGENE TODD, | |
| Defendant. | |

The court received Defendant Jerome Eugene Todd's "Notice/Claim." (Not. (Dkt. # 224).) Although that notice references this criminal case, the criminal case is closed. (*See* Judgment (Dkt. # 166); USCA Order (Dkt. # 198); USCA Mandate (Dkt. # 217).) Mr. Todd's related petition under 28 U.S.C. § 2255 is also closed. *See Todd v. United States*, No. C11-0470JLR (W.D. Wash.), Dkt. ## 1, 45-46, 67. In his notice, Mr. Todd lists himself as a plaintiff and lists defendants who are not parties to this criminal case or his related Section 2255 petition. (*See* Not. at 1.) Accordingly, the court concludes Mr. Todd's notice is unrelated to this action and will take no action with respect to Mr.

ORDER - 1

Todd's notice. The court DIRECTS the Clerk to return Mr. Todd's notice to him with a copy of this order.

Dated this 30th day of March, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2